IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ADRIAN RODRIGUEZ and KEISEAN ROCKMORE,<br><br>                    Defendants. | CASE NO. 5:21-MJ-00009-JLT<br><br>[~~PROPOSED~~] ORDER UNSEALING COMPLAINT, ARREST WARRANTS AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrants, and affidavit in the above-caption matter be, and are, hereby ordered unsealed.

Dated:    March 10, 2021

JENNIFER L. THURSTON
CHIEF U.S. MAGISTRATE JUDGE

[~~Proposed~~] Order to Unseal Complaint