PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00078-NONE-SKO |
|---|---|
| Plaintiff, | PETITION FOR ORDER ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| KEISEAN ROCKMORE, | |
| Defendant. | |

The United States of America, by and through its attorneys, PHILLIP A. TALBERT, Acting United States Attorney, and CHRISTOPHER D. BAKER, Assistant United States Attorney, files this Petition for an Order on a State of California Writ for Habeas Corpus ad Prosequendum.

1.      Defendant Keisean Rockmore is scheduled to appear in Department CC of the Kern County Superior Court on Monday, July 12, 2021, at 8:30am for a pre-preliminary hearing in case BF 183956 B. The Kern County Superior Court issued a Writ for Habeas Corpus Ad Prosequendum on June 24, 2021, directing his production for the July 12, 2021, hearing. (See Exhibit A).

2.      The defendant is currently in the custody of the United States Marshal, charged in the above entitled action, and is being housed at the Kern County Jail – Lerdo Pre-Trial Facility.

3.      The defendant's next appearance before the U.S. District Court is scheduled for August 18, 2021, at 1:00 p.m. for status conference. Accordingly, the government seeks an order permitting the Kern County Sheriff's Office to take the defendant into their custody and transport him to Kern County Superior

1

1  Court on July 12, 2021, and that the order demand return of the defendant after his appearance at the state

2  court proceeding.  The return date shall be on July 12, 2021.  The government further requests the order

3  permit the Kern County Sheriff's Office to produce the defendant for any future state court appearances in

4  case BF 183956 B, so long as such appearance does not conflict with any future date on which the defendant

5  is scheduled to appear in federal court.

6

7   Dated: June 28, 2021                                  PHILLIP A. TALBERT
                                                          Acting United States Attorney
8

9                                                          /s/ Christopher D. Baker
                                                          CHRISTOPHER D. BAKER
10                                                         Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00078-NONE-SKO |
| Plaintiff, | ORDER ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| KEISEAN ROCKMORE, | |
| Defendant. | |

The above-named defendant, Keisean Rockmore, currently is scheduled to appear in Department CC of the Kern County Superior Court on Monday, July 12, 2021, at 8:30am for pre-preliminary hearing in case BF 183956 B.

The defendant is currently in the custody of the United States Marshals Service, charged in the above entitled action, and is being housed at the Kern County Jail.

IT IS HEREBY ORDERED that deputies of the Kern County Sheriff's Office may produce the defendant in state court on July 12, 2021, for purposes of his presence at the pre-preliminary hearing, but shall return him to the custody of the United States Marshals Service in the physical custody of the Kern County Jail immediately after the proceeding has concluded on July 12, 2021.

IT IS FURTHER ORDERED that the Kern County Sheriff's Office shall produce the defendant for future state court proceedings with his return immediately thereafter to the United States Marshals Service

1

once the Kern County Sheriff's Office confirms with an Assistant U.S. Attorney that the state court appearance does not conflict with any federal court appearance.  Under no circumstances is the defendant to be released from the physical custody of the Kern County Jail other than for the court appearances that are the subject of this Order or scheduled appearances in U.S. District Court, or upon further order from this court.

IT IS SO ORDERED.

Dated:   **June 29, 2021**                         /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE