PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00078-JLT-SKO |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS; ORDER |
| v. | |
| KEISEAN ROCKMORE, | |
| Defendant. | |

    The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the Petiton filed on September 29, 2022.  The Probation Officer consents to this motion, as Mr. Rockmore has not violated any of his conditions.  Mr. Rockmore's violation petition was based on his failure to report to the Probation Office after being released from custody.  However, after reviewing Mr. Rockmore's case, the Probation Officer has determined that when he was "released" from federal custody, he was immediately taken into state custody and has therefore been in continual custody, leaving him with no opportunity to report the the Probation Office.  Because he has not violated his conditions of release, the petition should be dismissed, and Mr. Rockmore should be ordered to report to the Probation Office within 72 hours of his release from custody.

1

Dated: March 28, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **March 28, 2023**

UNITED STATES DISTRICT JUDGE

2