HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KEISEAN ROCKMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00078-JLT-SKO-2 |
|---|---|
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| vs. | |
| KEISEAN ROCKMORE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), KEISEAN ROCKMORE, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at all non-substantive proceedings. Mr. Rockmore agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 30, 2023

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
KEISEAN ROCKMORE

**O R D E R**

Defendant's request for a waiver of appearance is granted.  Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:   **October 30, 2023**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE