1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  KEISEAN ROCKMORE

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:21-cr-00078-JLT-SKO
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**
13 | vs. |
14 | KEISEAN ROCKMORE, | Date: November 20, 2023
                               Time: 2:00 p.m.
                               Judge: Hon. Stanley A. Boone
15 | Defendant. |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for November 20, 2023, at 2:00 p.m. may be continued to November 28, 2023, at 2:00 p.m.

On October 24, Mr. Rockmore made his initial appearance on a superseding 12C petition alleging that he violated a condition of supervised release. At a preliminary hearing on November 6, the Court determined that probable cause existed. The parties now anticipate that the matter will be set for a contested hearing and request this brief continuance to select a mutually agreeable date for that hearing.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: November 16, 2023          By  */s/ Laura Myers*
                                  LAURA MYERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  KEISEAN ROCKMORE


PHILLIP A. TALBERT
United States Attorney

DATED: November 16, 2023          By  */s/ Justin Gilio*
                                  JUSTIN GILIO
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for November 20, 2023, is continued to November 28, 2023, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **November 16, 2023**

UNITED STATES MAGISTRATE JUDGE